In the Matter of ANONYMOUS, a Suspended Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted April 26, 2010; decided May 4, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for a stay dismissed as academic.

Chief Judge LIPPMAN taking no part.

---

In the Matter of SRINIVAS BONTHU, Respondent, v BHARATHI BONTHU, Appellant.

Submitted March 1, 2010; decided May 4, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

In the Matter of JOSH BROWN, Appellant, v BRIAN FISCHER et al., Respondents.

Decided May 4, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).